IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN ASSURANCE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY SURPLUS INS. CO., ET AL., <br><br> Defendants. | No. C 09-00336 WDB <br><br> **ORDER DENYING DEFENDANTS' REQUEST TO EXCUSE LIBERTY SURPLUS INSURANCE CORPORATION FROM PERSONAL ATTENDANCE AT MEDIATION** |

The Court has received and reviewed the written submissions from the parties regarding Defendants' request to excuse personal attendance by a representative of Liberty Surplus Insurance Corporation at the mediation. Defendants' request to be relieved from compliance with the ADR Local Rules is DENIED.

**IT IS SO ORDERED.**

Dated: 7/19/09

WAYNE D. BRAZIL
United States Magistrate Judge

G:\WDBLC1\ADR Orders\Great American ADR request.ord.wpd