Linda Bondi Morrison, Esq., SBN 210264
Ryan B. Luther, Esq., SBN 216928
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
3070 Bristol Street, Suite 450
Costa Mesa, California 92626-3072
Telephone:    (714) 429-2900
Facsimile:    (714) 429-2901
E-Mail:       lmorrison@tsmp.com
              rluther@tsmp.com

Attorneys for Plaintiff Great American Assurance Company

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation; and ESQUIVEL PAVING AND GRADING, a California corporation,<br><br>Defendants. | CASE No. 3:09-CV-00336-WHA<br><br>Assigned for All Purposes to:<br>Judge William Alsup<br>Courtroom 9, 19th Floor<br><br>**STIPULATION TO CONTINUE HEARING ON LIBERTY SURPLUS INSURANCE CORPORATION'S MOTION TO DISQUALIFY COUNSEL AND TO STRIKE FROM THE RECORD PRIVILEGED INFORMATION; [PROPOSED] ORDER**<br><br>Date:    September 17, 2009<br>Time:   ~~8:00 a.m.~~ 2:00 pm<br>Dept.:   9<br><br>Complaint Filed:    January 26, 2009 |

Plaintiff Great American Assurance Company ("Great American"), defendant Liberty Surplus Insurance Corporation ("Liberty") and defendant Esquivel Paving and Grading ("Esquivel") ("Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1.     On August 6, 2009, Liberty filed its Motion to Disqualify Counsel and to Strike from the Record Privileged Information ("Liberty's Motion") against plaintiff Great American, and provided notice of a hearing on Liberty's Motion on September 10, 2009 at 8:00 a.m.

1  2.  On August 31, 2009, the Court provided notice that the hearing had been rescheduled from September 10, 2009, to September 17, 2009.

3.  Counsel for Great American has an unavoidable conflict on the rescheduled hearing date, September 17, 2009.

4.  Counsel for Liberty and Esquivel have agreed to continue the hearing date to September 24, 2009.

5.  The Parties therefore stipulate and respectfully request that the Court continue the hearing date on Liberty's Motion to September 24, 2009, or to such date as is convenient for the Court. The Parties respectfully request, however, that this hearing not be scheduled for October 1, 2009, due to business conflicts of the Parties.

**IT IS SO STIPULATED.**

Dated: September 11, 2009        TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: _____
Linda Bondi Morrison, Esq.
Ryan B. Luther, Esq.
Attorneys for Plaintiff
GREAT AMERICAN ASSURANCE COMPANY
E-Mail:  lmorrison@tsmp.com
         rluther@tsmp.com

Dated: September 11, 2009        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By: _____
Jay Christofferson, Esq.
Attorneys for Defendants
LIBERTY SURPLUS INSURANCE CORPORATION and ESQUIVEL PAVING AND GRADING
E-Mail:  jay.christofferson@mccormickbarstow.com

1                              [PROPOSED] ORDER

2       Having reviewed the Parties' Stipulation, and good cause appearing therefore, the Court

3  HEREBY ORDERS that the hearing on Liberty's Motion shall be continued from September

4  17, 2009, at 2:00 p.m., to _September 24,_____, 2009, at _2:00 p.m._.

5       **IT IS SO ORDERED.**

8  DATED: _September 15, 2009_        Honorable ~~~~~~~~~~
                                      IT IS SO ORDERED
                                      [signature]
                                      Judge William Alsup

11  jc/#23701