IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREAT AMERICAN ASSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

  v.

LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, and ESQUIVEL PAVING AND GRADING, A California corporation,

    Defendants.

No. C 09-00336 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court is in receipt of the parties' notice of settlement and request to take plaintiff's motion for clarification off calendar for October 29, 2009. Even though we have taken the motion off calendar, please take notice that until a dismissal of the case is filed, all deadlines in the case management order are still active, including the discovery cut-off date of November 30, 2009.

**IT IS SO ORDERED.**

Dated: October 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE