1 Linda Bondi Morrison, Esq., SBN 210264
Ryan B. Luther, Esq., SBN 216928
2 TRESSLER LLP
3070 Bristol Street, Suite 450
3 Costa Mesa, California  92626-3072
Telephone:      (714) 429-2900
4 Facsimile:      (714) 429-2901
E-Mail:          lmorrison@tresslerllp.com
5                 rluther@tresslerllp.com

6 Attorneys for Plaintiff Great American Assurance Company

7 Jay A. Christofferson, Esq., SBN 203878
MCCORMICK, BARSTOW, SHEPPARD,
8 WAYTE & CARRUTH, LLP
5 River Park Place East
9 P.O. Box 28912
Fresno, CA  93729-8912
10 Telephone:      (559) 433-1300
Facsimile:      (559) 433-2300
11 E-Mail:          jay.christofferson@mccormickbarstow.com

12 Attorneys for Defendants Liberty Surplus Insurance Corporation and Esquivel Paving and
Grading
13

14                    **THE UNITED STATES DISTRICT COURT**

15      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

16

17 | GREAT AMERICAN ASSURANCE | CASE No.  3:09-CV-00336-WHA |
| COMPANY, an Ohio corporation, | |
18 | | Assigned for All Purposes to: |
| | Judge William Alsup |
19 | Plaintiff, | Courtroom 9, 19th Floor |
20 | v. | **STIPULATION AND [PROPOSED]** |
| | **ORDER FOR DISMISSAL OF ENTIRE** |
21 | LIBERTY SURPLUS INSURANCE | **ACTION** |
| CORPORATION, a New Hampshire | |
22 | corporation; and ESQUIVEL PAVING AND | |
| GRADING, a California corporation, | |
23 | | Complaint Filed:     January 26, 2009 |
| Defendants. | Trial Date:          March 15, 2010 |
24

25      **TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS**

26 **OF RECORD:**

27      **IT IS HEREBY STIPULATED AND AGREED** between and among the parties hereto,

28 through their counsel of record, as follows:

**WHEREAS,** Plaintiff Great American Assurance Company ("Great American") commenced this action against Defendants Liberty Surplus Insurance Corporation and Esquivel Paving and Grading (collectively, "Parties");

**WHEREAS,** the Parties have executed a full and final settlement agreement resolving all of the claims and issues raised in this litigation, and Great American has received final payment pursuant to that settlement agreement;

**IT IS HEREBY STIPULATED** by the parties herein, through their counsel of record, as follows:

1.     This litigation and Great American's First Amended Complaint filed herein are to be dismissed, with prejudice.

2.     The Parties will each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  December 22, 2009

TRESSLER  LLP

By: _____
Linda Bondi Morrison, Esq.
Ryan B. Luther, Esq.
Attorneys for Plaintiff
GREAT AMERICAN ASSURANCE COMPANY
E-Mail: lmorrison@tresslerllp.com
           rluther@tresslerllp.com

Dated:  December 21, 2009

McCORMICK BARSTOW, SHEPPARD, WAYTE
& CARRUTH, LLP

By: _____
Jay A. Christofferson
Attorneys for Defendants
LIBERTY SURPLUS INSURANCE
CORPORATION AND ESQUIVEL GRADING
AND PAVING, INC.
E-Mail:  jay.christofferson@mccormickbarstow.com

1

## [PROPOSED] ORDER

2

**GOOD CAUSE APPEARING THEREFOR IN THE ABOVE STIPULATION OF**

3

**THE PARTIES:**

4

**IT IS HEREBY ORDERED** that:

5

1.      This litigation and Great American's First Amended Complaint filed herein are

6

dismissed, with prejudice.

7

2.      The Parties will each bear their own attorneys' fees and costs.

8

**IT IS SO ORDERED.**

9

DATED: _____December 23, 2009._____     _____

10

William Alsup
United States District Judge

11



12

jc/#26243

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION
CASE No.  3:09-cv-00336-WHA